# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED MAY 26, 2023

### NO. 03-21-00650-CV

**Texas Right to Life and John Seago, Appellants**

**v.**

**Allison Van Stean; Planned Parenthood of Greater Texas Surgical Health; Planned Parenthood South Texas Surgical Center; Planned Parenthood Center for Choice; Bhavik Kumar, M.D; North Texas Equal Access Fund; Lilith Fund for Reproductive Equity, Inc.; The Afiya Center; Fund Texas Choice; West Fund; Frontera Fund; Clinic Access Support Network; The Bridge Collective; Monica Faulkner; Michelle Tuegel; Ghazaleh Moayedi, D.O.; and Jane Doe, Appellees**

### APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES BAKER, TRIANA AND THEOFANIS
### AFFIRMED -- OPINION BY JUSTICE TRIANA

This is an interlocutory appeal from the trial court's order denying appellants' TCPA motion to dismiss that was signed by the trial court on December 9, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order denying the TCPA motion to dismiss. Therefore, the Court affirms the order denying the TCPA motion to dismiss. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.